# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____
                                        :
ALFRED T. PENG and DIANA PENG,          :
                                        :
    Plaintiffs,                          :
                                        :
                v.                  :
                                        :
DAVID L. GABAY, MUTUAL SERVICE          :
CORPORATION, et al.,                    :
                                        :
    Defendants.                          :
_____:

Civil Action No. 05-3939 (JAG)

**ORDER**

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the motion by plaintiffs, Alfred T. Peng  and

Diana Peng (collectively, "Plaintiffs"), for reconsideration of this Court's order, entered on May

13, 2009 ("the May 13, 2009 Order"), denying, as premature, Plaintiffs' motion to vacate; and on

the cross-motion by Defendants, David L. Gabay and Mutual Services Corporation, (collectively,

"Defendants"), to confirm the arbitration award; and it appearing that this Court has reviewed the

parties' submissions, and for the reasons set forth in the accompanying Opinion, and good cause

appearing,

IT IS on this 29th day of December 2009,

ORDERED that Plaintiffs' Motion for Reconsideration (Docket Entry No. 75) is

DENIED; and it is further

ORDERED that Defendants' Cross-Motion to Confirm the Arbitration (Docket Entry No.

77) is GRANTED; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the

date of this Order.


                                      S/Joseph A. Greenaway, Jr.
                                      JOSEPH A. GREENAWAY, JR., U.S.D.J.