**SWARTZ CAMPBELL, L.L.C.**
BY: Joseph A. Venuti, Jr.
1300 Route 73
Bloom Court, Suite 101
Mt. Laurel, New Jersey 08054
(856) 727-4777

Attorney for Defendant,
Nationwide Life Insurance Company,
improperly identified as "The Best
Of America"

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIANA PENG, AS EXECUTOR OF THE ESTATE OF ALFRED T. PENG and DIANA PENG,<br>　　　　　Plaintiff(s)<br><br>v.<br><br>DAVID L. GABAY<br>PINNACLE PLANNING GROUP<br>JOHN DOES # 1-10, GENERAL AGENTS<br>JOHN DOES #11-20, BROKER DEALERS<br>KEYPORT LIFE INSURANCE /<br>SUN  LIFE  INSURANCE<br>LINCOLN FINANCIAL GROUP<br>MAINSTAY FUNDS<br>NEW YORK LIFE TRUST<br>MUTUAL SERVICE CORPORATION<br>ROYAL ALLIANCE ASSOCIATES, INC.<br>THE BEST OF AMERICA<br>FIRST SUN AMERICA LIFE INSURANCE COMPANY<br>PERSHING, BANK OF NEW YORK (clearing house)<br>　　　　　Defendant(s) | Civil Action<br><br>No. 05-CV-3939 (JAG)<br><br><br><br>ORDER OF FINAL JUDGMENT |

AND NOW, upon consideration of the motion of defendant, Nationwide Life Insurance Company, improperly identified as "The Best of America," for an order of entry of final judgment pursuant to Federal Rule of Civil Procedure 58, from the April 19, 2006, order dismissing

plaintiffs' complaint against defendant, Nationwide Life Insurance Company, on those grounds set forth therein and, all opposition thereto, it is on this 3rd day of ~~September, 2009,~~ March 2010 ORDERED that this motion is GRANTED and final judgment as to the dismissal, with prejudice, of all claims asserted by plaintiffs in their complaint against defendant, Nationwide Life Insurance Company, is hereby entered.

Joseph A. Greenaway, Jr., U.S.D.J.
U.S.C.J.
(sitting by designation)