UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

■ ..................................................■

ALFRED T. PENG and DIANA PENG,

    Plaintiffs,

vs.

DAVID L. GABAY, PINNACLE PLANNING GROUP, JOHN DOES #1-10, GENERAL AGENTS JOHN DOES #11-20, BROKER DEALERS KEYPORT LIFE INSURANCE, SUN LIFE INSURANCE LINCOLN FINANCIAL GROUP, MAINSTAY FUNDS, NEW YORK LIFE TRUST MUTUAL SERVICE CORPORATION, ROYAL ALLIANCE ASSOCIATES INC., THE BEST OF AMERICAN, FIRST SUN AMERICAN LIFE INSURANCE COMPANY PERSHING, BANK OF NEW YORK (clearing house).

    Defendants.

■ ..................................................■

Civil Action No. 05-cv-3939 (JAG)
Hon. Joseph A. Greenaway, Jr., U.S.D.J.

**Civil Action**

**SUBSTITUTION OF ATTORNEY**

The undersigned hereby consent to the substitution of Coughlin Duffy LLP as attorneys for Defendants, New York Life Insurance Company and MainStay Funds in the above-entitled case.

COUGHLIN DUFFY LLP
Superseding Attorneys
350 Mount Kemble Avenue
Morristown, NJ 07962

By: _____
    N. Noelle Letcher

Dated: 4/1/2010

ADORNO & YOSS LLP
Withdrawing Attorneys
155 Willowbrook Boulevard, Suite 300
Wayne, New Jersey 07470

By: _____
    David H. Ganz

Dated: 3/26/10